**Zenna McCLAM, Plaintiff–Appellant,**

v.

**LAKE CITY FITNESS CENTER, f/k/a IH3 Wellness Center; Hopehealth, Inc., Defendants–Appellees.**

No. 15–2288.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2016.

Decided: March 31, 2016.

Zenna McClam, Appellant Pro Se. Robert Thomas King, King Love & Hupfer, LLC, Florence, South Carolina, for Appellees.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zenna McClam appeals from the district court's order adopting the recommenda-

tion of the magistrate judge and denying relief on her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *McClam v. Lake City Fitness Ctr.*, No. 4:13–cv–03316–BHH, 2015 WL 5554577 (D.S.C. Sept. 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*